**No.**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

STATE OF CALIFORNIA,

Petitioner,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, AND LEE ZELDIN, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF THE U.S. ENVIRONMENTAL PROTECTION AGENCY

Respondents.

**Protective Petition for Review**

ROB BONTA
*Attorney General of California*
ANNADEL A. ALMENDRAS
*Senior Assistant Attorney General*
DEBORAH M. SMITH
*Acting Senior Assistant Attorney General*
MYUNG J. PARK
DAVID ZAFT
*Supervising Deputy Attorneys General*

NATALIE COLLINS
M. ELAINE MECKENSTOCK
KATHERINE GAUMOND
*Deputy Attorneys General*
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-4439
Email: katherine.gaumond@doj.ca.gov
*Attorneys for Petitioner State of California*

Pursuant to 42 U.S.C. § 7607(b)(1) (Clean Air Act § 307(b)(1)), Rule 15 of the Federal Rules of Appellate Procedure, and D.C. Circuit Rule 15, the State of California hereby protectively petitions this Court for review of the final actions of Respondents United States Environmental Protection Agency (EPA) and Administrator Lee Zeldin, set forth in (1) the June 12, 2026, press release titled "EPA Fulfills Statutory Obligation by Transmitting Four California Waiver Rules to Congress,"[1] and (2) EPA's June 2026 submissions to Congress,[2] copies of which are attached as Exhibits A-G.

This petition is protective. California has challenged these actions in the U.S. District Court for the District of Columbia, *California v. EPA*, No. 1:26-cv-02185-BAH (D.D.C. June 22, 2026) and maintains that court has jurisdiction. California files this protective petition in order to protect its right to judicial review in the event the district court is found to lack jurisdiction, and this Court is found to be the proper venue pursuant to 42 U.S.C. § 7607(b)(1). California is filing petitions in both this Court and the Court of Appeals for the Ninth Circuit, in case of a

[1] EPA, *EPA Fulfills Statutory Obligation by Transmitting Four California Waiver Rules to Congress* (June 12, 2026), available at https://www.epa.gov/newsreleases/epa-fulfillsstatutory-obligation-transmitting-four-california-waiver-rules-congress, last visited August 6, 2026, attached as Exhibit A.

[2] *See* EC-3922, EC-3925, EC-3926, and EC-3927 (June 12, 2026); attached as Exhibits B-E. *See also* 172 Cong. Rec. H4122 (daily ed. June 18, 2026); 172 Cong. Rec. S2892-2893 (daily ed. June 17, 2026); attached as Exhibits F-G.

dispute regarding *which* court of appeals is the proper venue to review such actions under 42 U.S.C. § 7607(b)(1), in the event jurisdiction is proper in a court of appeals.

Dated: August 11, 2026

Respectfully Submitted,

ROB BONTA
Attorney General of California
ANNADEL A. ALMENDRAS
Senior Assistant Attorney General
DEBORAH M. SMITH
Acting Senior Assistant Attorney General
MYUNG J. PARK
DAVID ZAFT
Supervising Deputy Attorneys General

*/s/ Katherine Gaumond*
KATHERINE GAUMOND
NATALIE COLLINS
M. ELAINE MECKENSTOCK
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-4439
Email: katherine.gaumond@doj.ca.gov

*Attorneys for Petitioner State of California*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2026, the foregoing Petition for Review and exhibits were served on Respondents by sending a copy via certified mail, return receipt requested, to each of the following addresses:

Administrator Lee M. Zeldin
Office of the Administrator (1101A)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Todd Blanche
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530- 0001

Correspondence Control Unit
Office of General Counsel (2311)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Dated: August 11, 2026

*/s/ Katherine Gaumond*
KATHERINE GAUMOND