# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1218** **September Term, 2026**

**EPA-90FR640**
**EPA-78FR2112**
**EPA-87FR14332**
**EPA-74FR32744**

**Filed On: September 1, 2026** **[2190992]**

State of California,

Petitioner

v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

Respondents

## O R D E R

Upon consideration of petitioner's motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case within 30 days of the disposition of No. 1:26-cv-02185, State of California v. U.S. Environmental Protection Agency (D.D.C.).

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk